UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual, IAN
JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
of the Estate of JAYDEN BAEZ,

    Plaintiffs,

v.                                                                      CASE NO.:  6:23-CV-1824-RBD-LHP

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
MARCOS LOPEZ, in his official
capacityas Sheriff of Osceola County,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move the Court for leave to file the First Amended Complaint ("First Amended Complaint").

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiffs moves to file the First Amended Complaint. Allowing Plaintiffs to file the First Amended Complaint would serve justice and promote judicial efficiency.

The First Amended Complaint, Plaintiffs seeks to include pertinent information which was not available prior to the Case Management Order Deadline to amend pleadings, which was on February 23, 2024.

For these reasons, and those stated in the attached memorandum in support, Plaintiffs respectfully requests the Court grant Plaintiffs leave to file the First Amended Complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

On March 11, 2024, counsel for Plaintiffs conferred as to the instant Motion. The parties agreed to certain aspects, and revisions were made by Plaintiff counsel to the proposed First Amended Complaint. Although a good faith attempt was made, the parties were unable to resolve all matters related to the instant Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed this 20th day of March 2024, using the CM/ECF portal filing system which will send an electronic copy of the foregoing to all counsel of record.

/s/ Mark E. NeJame
Mark E. NeJame, Esquire
Florida Bar Number: 310931
Stephen J Calvacca, Esquire
Florida Bar Number: 561495
STEPHEN J. CALVACCA, P.A.
*Of Counsel to NeJame Law, P.A.*
DeLayne Penland, Esquire

2

        Florida Bar Number: 1024836
        NEJAME LAW, P.A
        189 South Orange Ave., Ste. 1800
        Orlando, FL 32801
        PH: (407) 500-0000
        F: (407) 802-1448
        mark@nejamelaw.com
        delayne@nejamelaw.com
        PI@nejamelaw.com
        Attorney(s) for Plaintiffs