**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL GOMEZ, IAN JOI and
JOSEPH LOWE,

       Plaintiffs,

v.                                                   Case No:   6:23-cv-1824-GAP-LHP

SCOTT KOFFINAS, RAMY YACOUB
and MARCOS R. LOPEZ,

       Defendants

---

**ORDER**

In the interest of justice, the Clerk of Court is directed to transfer this case to the Honorable Robert M. Norway, with his permission, in light of Case No. 6:23-cv-816-GAP-RMN.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2024.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties