UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

      Plaintiffs,

v.                                                                          CASE NO.: 6:23-CV-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
MARCOS LOPEZ, in his official capacity
as Sheriff of Osceola County,

      Defendants.
_____/

## JOINT MOTION TO ENLARGE THE MEDIATION DEADLINE

COME NOW the parties, by and through undersigned counsel and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Produce, and file this Joint Motion to Enlarge the Mediation Deadline, and state:

1. This case involves a shooting incident which occurred on April 27, 2022, involving the Plaintiffs and deputies with the Osceola County Sheriff's Office.

2. The Case Management and Scheduling Order set a mediation deadline of December 31, 2024. Additionally, the discovery deadline is March 31, 2025, the dispositive motion deadline is May 16, 2025, and a trial term beginning November 3, 2025. (Doc. 18.)

3. Counsel for the parties have discussed that a mediation after the discovery deadline and prior to the dispositive motion deadline would be more productive than as currently set by December 31, 2024.

Additionally, counsel for the parties had trial commitments in other matters which caused a number of Plaintiff depositions set in December to be cancelled and rescheduled in January and February, 2025. And, the current mediation deadline of December 31, 2024 falls within the holiday season making scheduling more difficult.

4. It is respectfully submitted that good cause exists to extend the mediation deadline from December 31, 2024 to April 30, 2025. In that regard, the parties are in the process of coordinating a mediation prior to April 30, 2025, should the Court grant this requested relief.

5. This motion is made in good faith and not for purposes of delay and should not impact any other deadlines.

WHEREFORE, the parties respectfully request that the mediation deadline be enlarged from December 31, 2024 to April 30, 2025.

## MEMORANDUM OF LAW

Rule 16(b)(4) of the Federal Rules of Civil Procedure provides that a "schedule may be modified only for good cause and with the judge's consent." "When a party seeks an extension of a deadline contained in a scheduling order entered by the Court pursuant to Fed. R. Civ. P. 16(b), it must demonstrate good cause for the extension requested." *Armitage v. Dolphin Plumbing & Mech., LLC,* 2006 WL 1679360, at *1 (M.D. Fla. June 19, 2006). "Put simply, the good cause requirement contained in Rule 16(b)

precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Id.* (citation and punctuation omitted).

Here, the parties agree that a mediation following discovery, including the depositions of the parties which have not yet occurred, would be more productive than conducting mediation by December 31, 2024.  As set forth above, this motion is made for good cause, in good faith, not for purposes of delay and should not impact any other deadlines. It is respectfully submitted that good cause exists to enlarge the mediation from December 31, 2024 to April 30, 2025.

DATED this  10th  day of December, 2024.

| | |
|---|---|
| *s/ DeLayne Penland* | *s/ Jeffrey K. Grant* |
| MARK NEJAME, ESQ. | THOMAS W. POULTON, ESQ. |
| Florida Bar No.:  310931 | Florida Bar No.:  83798 |
| *mark@nejamelaw.com* | *poulton@debevoisepoulton.com* |
| STEPHEN J. CALVACCA, ESQ. | JEFFREY K. GRANT, ESQ. |
| Florida Bar No.:  561495 | Florida Bar No.:  91197 |
| *stepehn@nejamelaw.com* | *grant@debevoisepoulton.com* |
| DeLAYNE PENLAND, ESQ. | DeBEVOISE & POULTON, P.A. |
| Florida Bar No.:  1024836 | Lakeview Office Park, Suite 1010 |
| *delayne@nejamelaw.com* | 1035 S. Semoran Boulevard |
| NEJAME LAW, P.A. | Winter Park, Florida 32792 |
| 189 South Orange Avenue, Suite 1800 | Telephone:  407-673-5000 |
| Orlando, Florida 32801 | Facsimile:   321-203-4304 |
| Telephone:  407-500-0000 | Attorneys for Defendants |
| Facsimile:   407-802-1448 | |
| Attorneys for Plaintiffs | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  10th  day of December, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Mark E. NeJame, Esquire (*mark@nejamelaw.com*), Stephen J. Calvacca, Esquire (*stephen@nejamelaw.com*), DeLayne D. Penland, Esquire (*delayne@nejamelaw.com*), NEJAME LAW, P.A., 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801.

     *s/ Jeffrey K. Grant*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  83798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  91197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone:  407-673-5000
Facsimile:  321-203-4304
Attorneys for Defendants