UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

    Plaintiffs,

v.                                CASE NO.: 6:23-CV-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
MARCOS LOPEZ, in his official capacity
as Sheriff of Osceola County,

    Defendants.
_____/

## NOTICE OF MEDIATION

Defendants SCOTT KOFFINAS, an individual, RAMY YACOUB, an individual, and MARCOS LOPEZ, in his official capacity as Sheriff of Osceola County, Florida, by and through undersigned counsel, and in response to the Court's Endorsed Order of December 11, 2024 (Doc. 37), hereby notify the Court that the parties have scheduled mediation as follows:

| | |
|---|---|
| Mediator: | **Stan Strickland** (Mediate First, Inc.) |
| Date: | **Wednesday, April 30, 2025** |
| Time: | **1:30 p.m.** |
| Location: | *Via* **ZOOM Conference** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Mark E. NeJame, Esquire (*mark@nejamelaw.com*), Stephen J. Calvacca, Esquire (*stephen@nejamelaw.com*), DeLayne D. Penland, Esquire (*delayne@nejamelaw.com*), NEJAME LAW, P.A., 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801.

*s/ Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 83798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 91197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendants
Sheriff Lopez, Koffinas and Yacoub