# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL GOMEZ;
JOSEPH LOWE; IAN JOI;
and ALEJANDRO BAEZ and
JOSEPHINE CARTAGENA,
as Co-Representatives of the
Estate of JAYDEN BAEZ,

    Plaintiffs,

vs.

SCOTT KOFFINAS; RAMY
YACOUB; and MARCOS
LOPEZ, in his official capacity
as Sheriff of Osceola County,

    Defendants.

Case No.
6:23-cv-1824-GAP-RMN

## ORDER

This matter is before the Court on Defendant Lopez's Motion for Protective Order (Dkt. 43), filed February 6, 2025 ("Motion"). The Court held a hearing on February 25, 2025 ("Hearing"). Dkt. 47. For the reasons stated on the record at the Hearing, the Motion is due to be granted for good cause shown.

Accordingly, it is **ORDERED**:

1. Defendant Lopez's Motion for Protective Order (Dkt. 43) is **GRANTED**;

- 2 -

2. If after further discovery, Plaintiffs can show Sheriff Lopez could provide specific information not available from other witnesses or sources, then Plaintiffs may move to modify this Protective Order to take the deposition of the Sheriff; and

3. The Court declines to award fees and costs.

**DONE** and **ORDERED** in Orlando, Florida, on February 25, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:
Counsel of Record