UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, IAN JOI and
JOSEPH LOWE,

        Plaintiffs,

v.          Case No:   6:23-cv-1824-GAP-RMN

SCOTT KOFFINAS, RAMY YACOUB
and MARCOS R. LOPEZ,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO FILE EXCESS PAGES (Doc. 51)**
>
> **FILED:**      March 24, 2025
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.   Defendants may file a Motion not in excess of 7 pages.   Plaintiffs may respond within 10 days with the same 7-page limitation.

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties