UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

      Plaintiffs,

v.                      CASE NO.:  6:23-CV-1824-GAP-LHP

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
MARCOS LOPEZ, in his official capacity
as Sheriff of Osceola County,

      Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE HEARING ON MOTION FOR ORDER PERMITTING LIMITED DISCLOSURE OF STATE GRAND JURY CONSIDERATIONS

Defendants, by and through undersigned counsel, hereby move the Court for an Order rescheduling the hearing set by the Court on Defendants' Motion for Order Permitting Limited Disclosure of State Grand Jury Considerations (Dkts. 55 and 57), and state:

1. Defendants filed the subject motion seeking limited disclosure of grand jury evidence. (Dkt. 55). The Court entered an Order setting a hearing on the motion for May 6, 2025, at 11:00 a.m. (Dkt. 57).

2. Defendants provided copies of the motion to the State Attorney's Office and to Ryan Williams, Esq., for any input they might have in advance of the hearing. Mr. Williams was at the time an Assistant State Attorney who presented the matter to the grand jury.

3. Undersigned counsel and Mark Nejame, Esq., counsel for Plaintiffs, conferred with Mr. Williams concerning the motion. Mr. Williams advises that he believes that, as the Assistant State Attorney working on the matter at the time of the grand jury presentation, he should appear at the hearing to provide his perspective on the importance of grand jury secrecy and, in the event relief is granted, to clarify and narrow the areas of inquiry that he will be permitted to discuss.

4. However, Mr. Williams has a previously scheduled hearing for summary judgment in a state court matter, also on May 6, 2025, at 11:00 a.m.

5. Defendants therefore request that the Court reschedule the hearing. Counsel are available to communicate with the Court's staff to coordinate a date and time so that all interested parties may attend.

6. **LOCAL RULE 3.01(G) CERTIFICATION** – Undersigned counsel has conferred with Mark Nejame, Esq., counsel for Plaintiffs, who advises that Plaintiffs do not oppose the instant motion.

WHEREFORE, Defendants move the Court for entry of an Order rescheduling the hearing on Defendants' Motion.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this  21st  day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Mark E. NeJame, Esquire (mark@nejamelaw.com), Stephen J. Calvacca, Esquire (stephen@nejamelaw.com), DeLayne D. Penland, Esquire (delayne@nejamelaw.com), NEJAME LAW, P.A., 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801. A copy of this motion is also being furnished by email to Kamilah Perry, Esq., at KPerry@SAO9.org.

                                          *s/ Thomas W. Poulton*
                                          THOMAS W. POULTON, ESQ.
                                          Florida Bar No.: 83798
                                          *poulton@debevoisepoulton.com*
                                          JEFFREY K. GRANT, ESQ.
                                          Florida Bar No.: 91197
                                          *grant@debevoisepoulton.com*
                                          DeBEVOISE & POULTON, P.A.
                                          Lakeview Office Park, Suite 1010
                                          1035 S. Semoran Boulevard
                                          Winter Park, Florida 32792
                                          Telephone: 407-673-5000
                                          Facsimile: 321-203-4304
                                          Attorneys for Defendants
                                          Sheriff Lopez, Koffinas and Yacoub