UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
of the Estate of JAYDEN BAEZ,

     Plaintiffs,

v.                             CASE NO.: 6:23-cv-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
MARCOS LOPEZ, in his official capacity
as Sheriff of Osceola County,

     Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO COMPLETE MEDIATION, AND TO CHANGE MEDIATOR**

The Defendants, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's Case Management Order (Dkt. 18), hereby move the Court for an enlargement of time to complete mediation and to change the mediator selection, and state:

1. The Court originally set December 31, 2024, as the deadline to complete mediation. (Dkt. 18). The parties previously moved to enlarge the deadline for mediation and said motion was granted, making the deadline April 30, 2025. (Dkt.

37). The parties subsequently filed a notice of mediation for April 30, 2025, with Stan Strickland selected as mediator. (Dkt. 38).

2. Discovery has been intense over the last several weeks of the case, and in fact depositions of Plaintiffs' rebuttal expert witnesses are set for this week, including the very last day of discovery, April 25, 2025. The Defendants and those with settlement authority on their behalf request more time to evaluate the claims and defenses of the parties and will be much better prepared for mediation at a later date than April 30, 2025, and request that mediation be moved by one month, to May 29, 2025.

3. Undersigned counsel has secured May 29, 2025, at 1:30 p.m., as an alternative date and time for mediation and Plaintiffs have graciously agreed to this request. Mr. Strickland, of Mediate First, Inc., is not available on that date. However, the Defendants have reserved May 29, 2025, at 1:30 p.m., with Robert Moletteire, also of Mediate First, Inc. Plaintiffs have also agreed to this change in mediator selection.

4. Defendants do not request any other change in deadlines, such as summary judgment or *Daubert* motion deadlines. Thus, the granting of this motion will not affect any other deadlines in the case and will not result in prejudice to any party or the Court.

5. **LOCAL RULE 3.01(G) CERTIFICATION** – Counsel for Defendants has conferred with DeLayne Penland, Esq., counsel for Plaintiffs, who advises that there is no opposition to this motion.

6. As noted, the proposed new mediation date and time, with Mr. Moletteire, have been reserved and the necessary parties confirm they can attend. Mediate First, Inc., has been notified of the requested change and is holding both dates for 48 hours, pending a ruling on this motion.

WHEREFORE, the Defendants move the Court for entry of an Order allowing the parties to reschedule mediation to May 29, 2025, at 1:30 p.m., with Robert Moletteire as mediator.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend, for good cause, the time by which an act must be done upon motion before the original time expires. The time for mediation has not yet expired. The recent discovery in the case, including rebuttal expert depositions which are scheduled but have not yet occurred, and the need for those with decision-making authority to review that discovery, represents good cause to delay mediation. No other case deadlines will be affected, and the new mediation date, time, and mediator, have all been reserved and confirmed by the necessary parties and counsel. Defendants therefore respectfully request that the Court grant this motion so that mediation may occur on May 29, 2025, at 1:30 p.m., with Mr. Moletteire as mediator.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Mark E. NeJame, Esquire (*mark@nejamelaw.com*), Stephen J. Calvacca, Esquire (*stephen@nejamelaw.com*), DeLayne D. Penland, Esquire (*delayne@nejamelaw.com*), NEJAME LAW, P.A., 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801.

*s/ Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 83798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 91197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendants
Sheriff Lopez, Koffinas and Yacoub