UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

    Plaintiffs,

v.                              CASE NO.:  6:23-CV-1824-GAP-LHP

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
MARCOS LOPEZ, in his official capacity
as Sheriff of Osceola County,

    Defendants.
_____/

**STATE ATTORNEY'S OFFICE'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' MOTION FOR ORDER PERMITTING LIMITED DISCLOSURE OF STATE GRAND JURY CONSIDERATIONS**

Pursuant to Local Rules 3.01(c) and (d), the State Attorney's Office for the Ninth Judicial Circuit respectfully moves this Court for leave to file a reply in response to Defendants' Motion For Order Permitting Limited Disclosure Of State Grand Jury Considerations. (Doc. 55).

1. Defendants filed a Motion for an Order Permitting Limited Disclosure of State Grand Jury Considerations. (Doc. 55). A hearing on that Motion is presently scheduled for May 5, 2025.

2. In the Court's Order April 22, 2025 denying the rescheduling of the May 5, 2025 hearing date, the Court provided that, " [i]f the State Attorney for the Ninth Judicial Circuit wishes

to be heard on Defendants' motion, she may ask for leave to appear as an interested party at the hearing and file a written response beforehand." (Doc. 59).

3. Accordingly, the State Attorney's Office is requesting leave to appear at the May 5, 2025 hearing to provide its position on the disclosure of grand jury considerations.

4. The State Attorney's Office's reply will be filed no later than April 25, 2025, will not exceed 3 pages, and will briefly address the importance of maintaining the secrecy of grand jury proceedings.

WHEREFORE, the State Attorney's Office respectfully requests an Order granting leave to file a reply in accordance with this motion no later than April 25, 2025.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with counsel for Plaintiffs and Defendants on April 23, 2025. Counsels stated that they do not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __23__ day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Mark E. NeJame, Esquire (mark@nejamelaw.com), Stephen J. Calvacca, Esquire (stephen@nejamelaw.com), DeLayne D. Penland, Esquire (delayne@nejamelaw.com), NEJAME LAW, P.A., 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801; Thomas W. Poulton, Esq. (*poulton@debevoisepoulton.com*) , JEFFREY K. GRANT, ESQ. (*grant@debevoisepoulton.com*), DeBEVOISE & POULTON, P.A., Lakeview Office Park, Suite 1010, 1035 S. Semoran Boulevard, Winter Park, Florida 32792.

MONIQUE H. WORRELL, STATE ATTORNEY
Ninth Judicial Circuit

By: 
    **KAMILAH L. PERRY, ESQ.**
    General Counsel
    415 N. Orange Avenue
    Orlando, Florida  32801
    Phone: 407-836-2156
    Email:  kperry@sao9.org
    Florida Bar Number: 0597937

    Attorney for the State of Florida