# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL GOMEZ, IAN JOI and
JOSEPH LOWE,

        Plaintiffs,

v.                                        Case No:   6:23-cv-1824-GAP-RMN

SCOTT KOFFINAS, RAMY YACOUB
and MARCOS R. LOPEZ,

        Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT MOTION FOR SUMMARY JUDGMENT, IN EXCESS OF PAGE LIMITATIONS (Doc. 73)
>
> **FILED:** May 6, 2025
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**. Defendants' Joint Motion for Summary Judgment shall not exceed 40 pages.   Plaintiffs' Response shall not exceed 30 pages.   Defendants' reply shall not exceed 10 pages.

**DONE** and **ORDERED** in Orlando, Florida on May 7, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties