UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

    Plaintiffs,

v.                                  CASE NO.: 6:23-cv-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
MARCOS LOPEZ, in his official capacity
as Sheriff of Osceola County,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION
## TO MAKE NON-ELECTRONIC FILING

COMES NOW Defendants SCOTT KOFFINAS, RAMY YACOUB, and MARCOS LOPEZ, in his official capacity as Osceola County Sheriff, by and through undersigned counsel, and pursuant to the Administrative Procedures for Electronic Filing, Middle District of Florida (April 1, 2024), request that the Court enter an Order permitting the non-electronic filing of a single flash drive containing video, audio, and photographic evidence, and as grounds state:

    1.    This is a §1983 case brought by Plaintiffs against Defendants relating to a use of force incident on April 27, 2022, occurring at a Target Store in Kissimmee, Fla.

2. Defendants will file their motion for summary judgment on May 16, 2025, and it will reference video and audio recordings, as well as numerous photographs, in support of their motion. Defendants by this motion seek leave to non-electronically file with the Court, on a single flash drive, a number of items, listed below, in support of their motion for summary judgment.

3. The Florida Department Law Enforcement (FDLE) performed an investigation of the incident and generated what is called an E-book. The E-book itself is being filed electronically with the affidavit of the FDLE agent who conducted the investigation.

4. The E-book references audio of the radio transmissions of the involved deputies, 911 calls about the incident, and numerous interviews of plaintiffs, deputies, and third party witnesses to the incident, surveillance video of the incident (relied on by experts for both plaintiffs and defendants), all of which were gathered as part of the FDLE investigation and are referenced in the E-book. An E-book index will be provided, which lists the following items (note that this is the full index and that some items, such as "FDLE lab reports," are simply placeholders for the document which actually appears in the E-book):

- Initial Response
- CAD, Radio, 911
- Interview with Sergeant Scott Koffinas
- Interview with Sergeant Ramy Yacoub
- Interview with Sergeant Christopher Devlin
- Interview with Sergeant James Lindbery
- Interview with Lieutenant Howard Griffin
- Interview with Deputy Nuknson Atubel

- Interview with Deputy Brady Bennett
- Interview with Deputy Gabriel Boyers
- Interview with Detective Dustin Cowley
- Interview with Deputy Javier Cruz
- Interview with Detective William Delancey
- Interview with Detective Jordan Fisher
- Interview with Detective Tyler Fox
- Interview with Detective Ricardo Galeana
- Interview with Deputy Kyle Gregory
- Interview with Detective Desha Hernandez
- Interview with Detective Christopher Koffinas
- Interview with Detective Matthew Olka
- Interview with Detective Courtney Laverdiere
- Interview with Detective Ruth Marrero
- Interview with Detective Cole Miller
- Interview with Detective Kristin Minervino
- Interview with Detective Matthew Raymond
- Interview with Detective Gustavo Solis
- Interview with Detective Luis Sostre
- Interview with Detective David Speight
- Interview with Detective Ryan Qualls
- Interview with Alex Mc Creary, Loss Prevention
- Interview with Mario Rafael Tacoronte Fino
- Interview with Lance Herbert
- Interview with Michael Gomez
- Interview with Joseph Lowe
- Interview with Ian Joi
- Video Review
- Hospital Response
- Area Canvass
- Interview with Lloyd Herbert
- Firefighter Interviews
- Autopsy & Medical Examiner Reports
- Crime Scene Report
- Round Count
- FDLE Firearms Lab Report
- Professional Standards History
- Other Agency Records
- Interview with Gianna Sofia Palomino
- Interview Kennia Rodriguez

- Interview Karla Rivera
- Interview of Sergeant Kyle Glynn
- Interview #2 with Lance Herbert (OCSO without FDLE)
- Interview #2 with Lloyd Herbert (OCSO without FDLE)
- Interview with John Rodriguez (OCSO without FDLE)
- Interview with Ashley Gomez (OCSO without FDLE)
- Interview with Matthew Camner (OCSO without FDLE)
- Search Warrant for EDR & Tint Readings

5. Copies of all Target Store surveillance videos. Note that one of those videos, in particular, is utilized throughout the litigation and by the experts and for ease of reference will also be clearly labeled in its own folder as "Primary Video."

6. As part of the investigation by FDLE, as well as the Sheriff's Office's own investigation, many photographs (hundreds) were taken by forensic investigators from the sheriff's Office. The investigators are identified by name in the affidavit of Jason Denning, from the Sheriff's Office, to be filed electronically. However, given the number of photographs, Defendants wish to file all of them non-electronically. They are:

Drone Video Footage and Photographs by Investigator Samantha Hopkins

- Hopkins – Item 105 – Crime Scene Drone Footage

Photographs taken by Investigator Selena Melendez

- Melendez – Item 8 – Photos of Ramy Yacoub
- Melendez – Item 9 – Photos of Scott Koffinas
- Melendez – Item 10 – Photos of Scott Koffinas Vehicle
- Melendez – Item 11 – Photos of Tyler Fox

Photographs taken by Investigator Hien Nguyen

- Nguyen – Item 57 – Crime Scene Photos
- Nguyen – Item 68 – Follow Up Photos Scene Evidence
- Nguyen – Item 100 – SW Photos of Audi
- Nguyen – Item 101 – Photos of Ian Rocco Jay
- Nguyen – Item 106 – Latent Images

Photographs taken by Investigator Renuka Watalingam

- Watalingam – Item 18 – Photos of Michael Gomez
- Watalingam – Item 19 – Photos of Joseph Lowe
- Watalingam – Item 20 – Photos of Clothing from Michael Gomez
- Watalingam – Item 24 – Photos of Clothing from Jayden Baez

For ease of reference, the Defendants will include a folder with the specific items cited in their motion for summary judgment.

7. A video was played during the deposition of Commander Jason Herrman and is an exhibit to his deposition, and will be included.

8. Certain surveillance videos and an audio interview were played and attached as exhibits to witness Alexander McCreary, and they will be included – Ex. 1 – Target videos, Ex. 3 – Audio Interview

9. **LOCAL RULE 3.01(G) CERTIFICAITON** -- Pursuant to Local Rule 3.01(g), counsel for Plaintiffs, DeLayne Penland, Esq., has been contacted regarding this motion and there is no objection to the relief sought herein.

WHEREFORE, Defendants respectfully request the Court enter an Order permitting the non-electronic filing of a single flash drive containing photographs, video and audio recordings, as above.

## MEMORANDUM OF LAW

Electronic filing is mandatory, unless otherwise provided by the Administrative Procedures, the Local Rules or a Court Order. See Introduction, page 2, Administrative Procedures for Electronic Filing, Middle District of Florida (April 1, 2024). "Unless otherwise permitted by these Administrative Procedures, a Court order, or the Local Rules of the Middle District of Florida, all documents in civil, criminal, and miscellaneous cases must be filed electronically through the Case Management/Electronic Case Filing system." *Id.* at Introduction, page 2.

This motion requests authorization for the non-electronic filing of video and audio evidence pursuant to the Court's Administrative Procedures for Electronic Filing. Defendants submit that the photographs, video and audio recordings are relevant to the claims and defenses and to Defendants' Motion for Summary Judgment and should be made available to the Court. Counsel for Plaintiffs do not oppose the requested relief. They will be provided a copy of the flash drive, as well, when filed.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Mark E. NeJame, Esquire (*mark@nejamelaw.com*), Stephen J. Calvacca, Esquire (*stephen@nejamelaw.com*), DeLayne D. Penland, Esquire (*delayne@nejamelaw.com*) and Ryan J. Vescio, Esquire (*ryan@enjamelaw.com*), NEJAME LAW, P.A., 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801.

*s/ Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 83798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 91197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendants
Sheriff Lopez, Koffinas and Yacoub