# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL GOMEZ, IAN JOI and
JOSEPH LOWE,

        Plaintiffs,

v.                                          Case No:   6:23-cv-1824-GAP-RMN

SCOTT KOFFINAS, RAMY YACOUB
and MARCOS R. LOPEZ,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS' UNOPPOSED MOTION TO MAKE NON-ELECTRONIC FILING (Doc. 75)
>
> **FILED:** May 15, 2025
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. Defendants may file their flash drive in support of their Motion for Summary Judgment.[1]

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] Defendants advise their Motion for Summary Judgment will be filed on May 16, 2025.

Copies furnished to:

Counsel of Record
Unrepresented Parties