UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

    Plaintiffs,

v.   CASE NO.: 6:23-cv-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
MARCOS LOPEZ, in his official capacity
as Sheriff of Osceola County,

    Defendants.
_____/

## NOTICE OF NON-ELECTRONIC FILING PURSUANT TO COURT ORDER (DKT. 77)

Defendants SCOTT KOFFINAS, RAMY YACOUB, and MARCOS LOPEZ, in his official capacity as Sheriff of Osceola County, Florida, by and through undersigned counsel, and pursuant to this Court's Order dated May 16, 2025 (Dkt. 77) granting the Defendants' Unopposed Motion to Make Non-Electronic Filing (Dkt. 75), hereby give notice that one (1) flash drive containing video, audio and photographic evidence in support of their Motion for Summary Judgment (Dkt. 78), is being hand delivered to the Clerk of the Court.

1. FDLE E-Book:

    - 911 Calls (22i044434)

        - 22I044434 i Jean-Louis
        - 22I044434 ii Clark
        - 22I044434 iii Bejarano
        - 22I044434 iv Jean Louis
        - 22I044434 ix Jean Louis
        - 22I044434 v Bejarano
        - 22I044434 vi Jean Louis
        - 22I044434 vii Barnett, C
        - 22I044434 viii Tamayo
        - 22I044434 x Tamayo
        - 22I044434 xi Tamayo
        - 22I044434 xii Barnett, C

    - Audio_Interviews

        - INV-01, Interview with Detective Brady M. Bennett.mp3
        - INV-02, Interview with Detective Christopher Koffinas.mp3
        - INV-04, Interview with Deputy Nuknson Atbel.zip
        - INV-05, OCSO Detective Courtney Laverdiere.mp3
        - INV-07, Interview with Detective Desha Hernandez.zip
        - INV-08, IInterview with Detective Kristin Minervino.mp3
        - INV-09., OCSO Sergeant James Lindbery.mp3
        - INV-11, Interview with Joseph E. Lowe.mp3
        - INV-12, Interview with Michael S. Gomez.mp3
        - INV-13, Interview with Deputy Gabriel Boyers.mp3
        - INV-14, Interview with Mario Rafael Tacoronte Fino.mp3
        - INV-15, Interview with Deputy Javier A. Cruz.mp3
        - INV-16, Interview with OCSO Detective Cole Miller.MP3
        - INV-17, Interview with Alex McCreary.mp3
        - INV-19, Interview with Detective Gustavo Solis.mp3
        - INV-20, Interview with Lance Herbert.MP3
        - INV-21, Interview with Detective Dustin T. Cowley.mp3
        - INV-23, Interview with Lloyd Herbert.MP3
        - INV-24, Interview with Ian R. Joi.mp3
        - INV-25, OCSO Detective Luis Sostre.mp3
        - INV-28, OCSO Detective Ruth Marrero.mp3
        - INV-30, Interview of Giana Sofia Palomino.mp3

- INV-32, Interview of Kennia Rodriguez.mp3
- INV-33, Interview of Karla Rivera.mp3
- INV-34, Interview with Detective David Speight.mp3
- INV-35, Interview with Detective William P. Delancey.mp3
- INV-36, OCSO Detective Tyler Fox.mp3
- INV-39, OCSO Detective Ryan Qualls.mp3
- INV-41, OCSO Sergeant Kyle Glenn.mp3
- INV-43, Interview with Sergeant Ramy Yacoub.MP3
- INV-45, Interview with Detective Jordan Fisher.mp3
- INV-46, OCSO Lieutenant Howard Griffin.mp3
- INV-48, Interview with Detective Ricardo Galeana.mp3
- INV-49, Interview with Detective Matt Olka.MP3
- INV-51, Lance Herbert no FDLE.MP3
- INV-52, Interview with Sergeant Christopher Devlin.MP3
- INV-53, Interview with Detective Matt Raymond.MP3
- INV-54, Interview with Sergeant Scott Koffinas.MP3
- INV-56, Chase Herbert without FDLE.MP3
- INV-57, John Rodriguez without FDLE.MP3
- INV-58, Matthew Camner no FDLE.MP3
- INV-59, Ashley Gomez no FDLE.MP3
- INV-60, Interview with Deputy Kyle E. Gregory.mp3

- Radio Traffic with Transcripts

  - 22I044434 10p-17 Target Full
  - 22I044434 Radio Traffic STOP1 silence skipped
  - Printed Radio Log (22I044434)
  - Transcript of Radio Traffic STOP1 silence skipped
  - Transcript of Target Full

- Target Videos:

a) PRIMARY VIDEO

b) Day of

  - Exterior – Drive Up Parking {AP 480}-2022-04-27_19h00min PIZZA EXIT 3
  - Exterior – Main Entrance GM {AP 1000}-2022-04-27_19h00min PIZZA EXIT 2
  - Exterior – Side Entrance {AP 485}-2022-04-27_19h00min PIZZA EXIT 1

- PTZ – Exterior 2 {AP 2050}-2022-04-27_19h00min MAIN ANGLE

c) Exterior

- Exterior – Drive Up Parking {AP 480}-2022-04-27_19h00min
- Exterior – Drive Up Parking {AP 480}-2022-04-27_19h00min PIZZA EXIT 3
- Exterior – Main Entrance GM {AP 1000}-2022-04-27_19h00min PIZZA EXIT 2
- Exterior – Main Entrance Grocery {AP 2009}-2022-04-27_19h00min CARDS EXIT
- Exterior – PL Left 2 {AP 2001}-2022-04-27_19h00min MAIN ANGLE 2
- Exterior – Side Entrance {AP 485}-2022-04-27_19h00min PIZZA EXIT 1
- PTZ – Exterior {AP 2051}-2022-04-27_19h00min PIZZA EXIT 4
- PTZ – Exterior {AP 2051}-2022-04-27_car parks 3 subjects exit one returns
- PTZ – Exterior 2 {AP 2050}-2022-04-27_ptz incident

d) Interior

- D082 – Electric Hoverboards_Scooters {AP 375}-2022-04-27_18h51min Random running
- D245 – OTC Personal Care {AP 342}-2022-04-27_18h53min CVS Check and Card Concealment into Shopping Bag
- PTZ – Cosmetics {AP 711}-2022-04-27_18h55min Pizza Select and goes to Cards
- PTZ – Electronics {AP 726}-2022-04-27_18h49min Checking Perimeter
- PTZ – HBA {AP 700}-2022-04-27_18h48min Exit Restroom and Conceal Exits
- PTZ – Softlines 1 {AP 736}-2022-04-27_19h02min Card Concealment
- PTZ – Softlines 2 {AP 711}-2022-04-27_18h45min Enter Store and Select Cards

4

- CAD (22i044434)

- E-Book, OR-27-0411 – TABLE OF CONTENTS

- E-Book, OR-26-0411, SA Silberstein

2. Photos by Hopkins, Melendez, Nguyen, Watalingam

   - Photos Specifically Identified in Defendants Motion for Summary Judgement (Dkt. 78)

   - HOPKINS - ITEM 105 - Crime Scene Drone Footage
   - MELENDEZ - ITEM 8 - Photos of Ramy Yacoub (52 photos)
   - MELENDEZ - ITEM 9 -Photos of Scott Koffinas (67 photos)
   - MELENDEZ - ITEM 10 - Photos of Scott Koffinas Vehicle (44 photos)
   - MELENDEZ - ITEM 11- Photos of Tyler Fox (20 photos)
   - NGUYEN - ITEM 57 - Crime Scene Photos (642 photos)
   - NGUYEN - ITEM 68 - Follow Up Photos of Scene Evidence (168 photos)
   - NGUYEN - ITEM 100 - SW Photos of Audi (620 photos)
   - NGUYEN - ITEM 101 - Photos of Ian Rocco Jay (42 photos)
   - NGUYEN - ITEM 106 - Latent Images (82 photos)
   - WATALINGAM - ITEM 18 - Photos of Michael Gomez (11 photos)
   - WATALINGAM - ITEM 19 - Photos of Joseph Lowe (12 photos)
   - WATALINGAM - ITEM 20 - Photos of Clothing from Michael Gomez (47 photos)
   - WATALINGAM - ITEM 24 - Photos of Clothing from Jayden Baez (13 photos)

3. Video exhibit to the Deposition of Jason Herrman taken on April 17, 2025 (Dkt. 83):

   - Exhibit "4" – Plaintiffs' Exhibit 4 - Sky Video 2017 Use of Force (1)

4. Video exhibits to the Deposition of Joseph Lowe taken on February 19, 2025 (Dkt. 88):

- Exhibit "16" – USB Drive containing:
    - Exhibit 16 – page contains only the exhibit number
    - filtered-4F9BCA9E-E183-47F6-B114-DB0499478CB0
    - filtered-CBB9AF06-54FE-4092-B507-228D67AC032B
    - IMG_0044
    - IMG_0045
    - IMG_0209
    - IMG_0386
    - IMG_0447
    - IMG_0461
    - IMG_0631
    - IMG_0632
    - IMG_1978

5. Video exhibits to the Deposition of Alexander D. McCreary taken on February 20, 2025 (Dkt. 89):

- Exhibit "1" – Target Videos (as above)
- Exhibit "3" – Audio Interview of Alexander McCreary

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2025, I electronically filed the foregoing Notice of Non-Electronic Filing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Mark E. NeJame, Esquire (*mark@nejamelaw.com*), Stephen J. Calvacca, Esquire (*stephen@nejamelaw.com*), DeLayne D. Penland, Esquire (*delayne@nejamelaw.com*) and Ryan J. Vescio, Esquire (*ryan@enjamelaw.com*).

I FURTHER CERTIFY that on this  23rd  day of May, 2025, a copy of the Notice of Non-Electronic Filing and a single flash drive is being hand-delivered to the Clerk of the Court and a copy of the Notice and a single flash drive was mailed via regular U.S. Mail delivery to:  Mark E. NeJame, Esquire, Stephen J. Calvacca, Esquire, DeLayne D. Penland, Esquire and Ryan J. Vescio, Esquire, NEJAME LAW, P.A., 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801.

*s/ Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  83798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  91197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone:  407-673-5000
Facsimile:  321-203-4304
Attorneys for Defendants
Sheriff Lopez, Koffinas and Yacoub