UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual, IAN
JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

    Plaintiffs,

v.                                      CASE NO.:  6:23-CV-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual CHRIS
A. BLACKMON, in his official capacity
as Sheriff of Osceola County,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME
TO FILE MOTION REQUESTING FURTHER DISCOVERY
AND EXTENSION OF DEADLINES**

COMES NOW Plaintiffs, MICHAEL GOMEZ, JOSEPH LOWE, IAN JOI, and ALEJANDRO BAEZ and JOSEPHINE CARTAGENA, as Co-Representatives Of the Estate of JAYDEN BAEZ, by and through the undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves for an extension of time to file a Motion Requesting Further Discovery and Extension of Deadlines, and in support thereof states as follows:

1

1. On July 22, 2025, the Court granted the parties' Joint Motion to Enlarge Time for Taking Deposition and to File Under Seal. [Dkt. 126].

2. The Court ordered the deposition of former Osceola County Sheriff Marcos Lopez take place on or before August 14, 2025. The Court further ordered that Plaintiffs file a Motion Requesting Further Discovery and Extension of Deadlines, or Notice Withdrawing Motion to Continue, on or before August 19, 2025.

3. Subsequently, upon Plaintiffs' Unopposed Motion to Enlarge Time for Taking Deposition [Dkt. 127], the Court granted an extension to conduct Marcos Lopez' deposition on or before August 20, 2025. [Dkt. 128].

4. Although not specified in the subsequent Order, Plaintiffs have inferred, based on the Court's previous Order [Dkt. 126], that the deadline for Plaintiffs to file a Motion Requesting Further Discovery and Extension of Deadlines is August 25, 2025.

5. The deposition of Marcos Lopez was conducted on August 20, 2025.

6. Plaintiffs requested *rushed* transcript delivery, however, the rushed transcript will not be available until August 25, 2025.

7. The transcript is necessary for Plaintiffs' arguments, and therefore, the August 25, 2025 deadline cannot be met.

8. Plaintiffs request an extension through September 2, 2025 to file the aforementioned Motion.

9. Defendants do not object to the requested extension, but anticipate opposing the impending request to re-open discovery.

10. Plaintiffs make this motion is good faith and without purpose of delay.

**WHEREFORE**, Plaintiffs respectfully request an order extending the deadline to file a Motion Requesting Further Discovery and Extension of Deadlines.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time" if the request is made prior to expiration of the deadline.

Here, good cause exists to allow for extension of the deadline. Plaintiffs have made reasonable efforts to secure the necessary transcript of Marcos Lopez' deposition, and same is required to properly inform the Court as to the need to re-open discovery.

## CERTIFICATE OF CONFERRAL – Local Rule 3.01(g)

Counsel for Plaintiffs conferred with counsel for Defendants via electronic mail on August 21, 2025. Defense counsel has expressed no objection to the requested relief, but anticipates objecting to Plaintiffs' request to re-open discovery.

Defendants request until September 15, 2025 to file their memorandum in opposition, and Plaintiffs have no objection.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of August, 2025, that a true and correct copy of the foregoing has been filed using the CM/ECF portal filing system which will send an electronic copy of the foregoing to Thomas W. Poulton, Esquire (poulton@debevoisepoulton.com), DeBEVOISE & POULTON, P.A., 1035 S. Semoran Boulevard, Suite 1010, Winter Park, Florida 32792.

*/s/ DeLayne D. Penland*
DeLayne D. Penland, Esquire
Florida Bar Number: 1024836
Ryan J. Vescio, Esquire
Florida Bar Number: 14032
Mark E. NeJame, Esquire
Florida Bar Number: 310931
NEJAME LAW, P.A
111 N. Orange Ave., Ste. 1300
Orlando, FL 32801
PH: (407) 500-0000
F: (407) 802-1448
delayne@nejamelaw.com
ryan@nejamelaw.com
mark@nejamelaw.com
PI@nejamelaw.com
*Attorney(s) for Plaintiffs*