# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL GOMEZ, IAN JOI and
JOSEPH LOWE,

          Plaintiffs,

v.                                                                Case No:   6:23-cv-1824-GAP-RMN

SCOTT KOFFINAS, RAMY
YACOUB and CHRIS A.
BLACKMON,

          Defendants

_____

### ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review.   Plaintiffs have failed

to comply with the Court's Order (Doc. No.154) of October 23, 2025, directing

Plaintiffs to re-file redacted versions of Plaintiffs' Motion to Re-Open Discovery

(Doc. 138) and Defendants' Response (Doc. 145).   Accordingly, it is

**ORDERED** that the Plaintiffs shall file a response to said Order **within**

**fourteen (14) days** from the date of this Order.   Counsel shall email the redacted

versions of the documents to chambers_flmd_presnell@flmd.uscourts.gov by

November 21, 2025.

      **DONE AND ORDERED** at Orlando, Florida, this 13th   day of November,

2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party