UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual, IAN
JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

    Plaintiffs,

v.                              CASE NO.:  6:23-CV-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual CHRIS
A. BLACKMON, in his official capacity
as Sheriff of Osceola County,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF COMPLIANCE

Plaintiffs, by and through the undersigned attorney, and in compliance with the Court's Orders dated October 23, 2025 [Dkt. 154] and November 13, 2025 [Dkt. 158] hereby file this Notice of Compliance.

1. Counsel for the parties have conferred regarding redacted versions of Plaintiffs' Motion to Re-Open Discovery [Dkt. 138] and Defendants' Response [Dkt. 145]. The redacted documents were submitted to the Court via electronic mail on November 13, 2025.

2. As Ordered by the Court in its Order Directing Compliance dated November 13, 2025, this Notice of Compliance is intended to serve as Plaintiffs' response to the Court's Order dated October 23, 2025 [Dkt. 154].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of November 2025, that a true and correct copy of the foregoing has been filed using the CM/ECF portal filing system which will send an electronic copy of the foregoing to: Thomas W. Poulton, Esquire (poulton@debevoisepoulton.com), DeBEVOISE & POULTON, P.A., 1035 S. Semoran Boulevard, Suite 1010, Winter Park, Florida 32792.

*/s/ DeLayne D. Penland*
DeLayne D. Penland, Esquire
Florida Bar Number: 1024836
Ryan J. Vescio, Esquire
Florida Bar Number: 14032
Mark E. NeJame, Esquire
Florida Bar Number: 310931
NEJAME LAW, P.A
111 N. Orange Ave., Ste. 1300
Orlando, FL 32801
PH: (407) 500-0000
F: (407) 802-1448
delayne@nejamelaw.com
ryan@nejamelaw.com
mark@nejamelaw.com
PI@nejamelaw.com
*Attorney(s) for Plaintiffs*