UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

       Plaintiffs,

v.                                CASE NO.:  6:23-CV-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
CHRIS A. BLACKMON, in his official
capacity as Sheriff of Osceola County,

       Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL

COME NOW all Plaintiffs and all Defendants, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 3.09, hereby notify the Court that this matter has been completely resolved. The parties stipulate to dismissal of the action, with prejudice, with each party to bear its own fees or costs.

| | |
|---|---|
| /s/ DeLayne Penland | /s/ Thomas Poulton |
| MARK NEJAME, ESQ. | THOMAS W. POULTON, ESQ. |
| Florida Bar No.:  310931 | Florida Bar No.:  83798 |
| mark@nejamelaw.com | poulton@debevoisepoulton.com |
| STEPHEN J. CALVACCA, ESQ. | JEFFREY K. GRANT, ESQ. |
| Florida Bar No.:  561495 | Florida Bar No.:  91197 |
| stepehn@nejamelaw.com | grant@debevoisepoulton.com |

DeLAYNE PENLAND, ESQ.
Florida Bar No.:  1024836
*delayne@nejamelaw.com*
NEJAME LAW, P.A.
111 N. Orange Avenue, Suite 1300
Orlando, Florida 32801
Telephone:  407-500-0000
Facsimile:  407-802-1448
*Attorneys for Plaintiffs*

DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone:  407-673-5000
Facsimile:  321-203-4304
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of July 2026, that a true and correct copy of the foregoing has been filed using the CM/ECF portal filing system which will send an electronic copy of the foregoing to Thomas W. Poulton, Esquire (poulton@debevoisepoulton.com), Jeffrey K. Grant, Esquire (grant@debevoisepoulton.com), DeBEVOISE & POULTON, P.A., 1035 S. Semoran Boulevard, Suite 1010, Winter Park, Florida 32792.

*/s/ DeLayne D. Penland*
DeLayne Penland, Esquire
Florida Bar Number: 1024836
Mark E. NeJame, Esquire
Florida Bar Number: 310931
NEJAME LAW, P.A
111 N. Orange Ave., Ste. 1300
Orlando, FL 32801
PH: (407) 500-0000
F: (407) 802-1448
mark@nejamelaw.com
delayne@nejamelaw.com
PI@nejamelaw.com
*Attorney(s) for Plaintiffs*