UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, AN
INDIVIDUAL; IAN JOI, JOSEPH
LOWE, AN INDIVIDUAL;

      Plaintiffs,

      v.

SCOTT KOFFINAS, AN
INDIVIDUAL; RAMY YACOUB, AN
INDIVIDUAL; MARCOS R. LOPEZ,
IN HIS CAPACITY AS SHERIFF OF
OSCEOLA COUNTY; AND CHRIS
A. BLACKMON, IN HIS CAPACITY
AS SHERIFF OF OSCEOLA
COUNTY;

      Defendants,

_____ /

Case No.:  6:23-cv-01824-GAP-RMN

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal (Doc. 177), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed **WITH PREJUDICE**, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 10, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties